# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3153

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Marissa Grant, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 1, 2002
Filed: February 11, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Marissa Grant pleaded guilty to assault with a dangerous weapon with intent to do bodily harm, in violation of 18 U.S.C. §§ 1153 and 113(a)(3), and the district court[1] sentenced her to 33 months imprisonment and 2 years supervised release. She appeals her sentence, arguing that the district court abused its discretion and violated her due process rights by denying her downward-departure motion without holding an evidentiary hearing.

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Because the district court acknowledged its authority to depart on the grounds Grant asserted, its discretionary denial of her departure motion is unreviewable. See United States v. Turechek, 138 F.3d 1226, 1228 (8th Cir. 1998); United States v. Gibson, 2000 WL 268482 at *1 (8th Cir. Mar. 10, 2000) (unpublished per curiam), cert. denied, 531 U.S. 939 (2000).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.